IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR HERNANDEZ, | No. 4:21-CV-00896 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT, SCI FAYETTE, | |
| Respondent. | |

## ORDER

**AND NOW**, this 7th day of June 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Victor Hernandez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

2. A certificate of appealability shall not issue, as Hernandez has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge